1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| STEVEN BUTLER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MONUMENTAL LIFE INSURANCE COMPANY, a business entity, and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. 2:11-cv-00250 JAM (CMK)<br><br>Hon. John A. Mendez<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
|---|---|

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

300251925.1

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

1  The Court approves the parties' stipulation and orders that this entire action
2  is dismissed with prejudice, each party to bear its own attorneys' fees and costs.
3  IT IS SO ORDERED.

5  Dated:  6/2/2011                    /s/ John A. Mendez_____
                                       United States District Court Judge

8  Respectfully submitted by:

9  MANATT, PHELPS & PHILLIPS, LLP
   MARGARET LEVY (Bar No. 66585)
10 E-mail:  mlevy@manatt.com
   JOSEPH E. LASKA (Bar No. 221055)
11 E-mail:  jlaska@manatt.com
   11355 West Olympic Boulevard
12 Los Angeles, California 90064-1614
   Telephone:  (310) 312-4000
13 Facsimile:  (310) 312-4224

14 *Attorneys for Defendant*
   MONUMENTAL LIFE INSURANCE COMPANY

16 LAW OFFICES OF MICHAEL COGAN
   MICHAEL COGAN (Bar No. 65479)
   Email:  michaelcogan@sbcglobal.net
17 GENE TUCKER (Bar No. 215080)
   Email:  gene.michaelcogan@gmail.com
18 1388 Court Street, Suite E
   Redding, California 96001
19 Telephone:  (530) 246-1112
   Facsimile:  (530) 243-6079

21 *Attorneys for Plaintiff*
   STEVEN BUTLER

PDF created with pdfFactory trial version www.pdffactory.com